UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **HERTEL, ROGER D.** | ) | Bankruptcy Case No. 16-06702 ABG |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on  January 13, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

HERTEL, ROGER D.
3 LILAC AVENUE
APT. # 101
FOX LAKE, IL 60020-1886

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

1    Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

1 -2     Discover Bank
         Discover Products Inc.
         PO Box 3025
         New Albany, OH 43054-3025

2        David M. Zinder, Esq.
         40 SKokie Blvd.
         Suite 105
         Northbrook, IL 60062-1614

3        Capital One Bank (USA), N.A.
         PO Box 71083
         Charlotte, NC 28272-1083

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402